164 So. 925

**Harry SIMMONS v. STATE.**

**6 Div. 853.**

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.

Affirmed.

167 So. 924

**Noble SIMPSON v. STATE.**

**8 Div. 155.**

Court of Appeals of Alabama.
March 17, 1936.

Raymond Murphy, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

There is no bill of exceptions in this record signed by the judge of the trial court. There being no error in the record, the judgment is affirmed.

Affirmed.

169 So. 913

**Trim SIMPSON v. STATE.**

**6 Div. 938.**

Court of Appeals of Alabama.
May 19, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.

171 So. 925

**Joe C. SLATER v. STATE.**

**6 Div. 57.**

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Affirmed.

173 So. 925

**John SLEDGE v. CITY OF FLORENCE.**

**8 Div. 345.**

Court of Appeals of Alabama.
Jan. 21, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

164 So. 925

**James Richard SMELLEY v. STATE.**

**6 Div. 839.**

Court of Appeals of Alabama.
Nov. 19, 1935.

SAMFORD, Judge.
Affirmed.

167 So. 924

**T. C. SMITH v. CITY OF CULLMAN.**

**6 Div. 982.**

Court of Appeals of Alabama.
April 14, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.